■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE ANN KAGAN, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Santagata, J.), rendered October 5, 1984, convicting her of manslaughter in the first degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Brown, J. P., Eiber, Kunzeman and Sullivan, JJ., concur.